**No. 10-9365. Debbie Page, Petitioner v. Florida.**

563 U.S. 993, 131 S. Ct. 2450, 179 L. Ed. 2d 1218, 2011 U.S. LEXIS 3736, ■

May 16, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Third District, denied.

Same case below, 49 So. 3d 762.